# MAHANYLAW

**Brian H. Mahany**
Attorney

8112 West Bluemound Road, Suite 101, Wauwatosa, WI 53213 | Office: 414.258.2375 | Fax: 414.777.0776
brian@mahanylaw.com | www.mahanylaw.com

**VIA HAND DELIVERY**

September 9, 2020

United States District Court
Attn: Clerk of Court
Daniel Patrick Moynihan U.S Courthouse
500 Pearl Street
New York, New York 10007

Re:   **SEALED CASE FILING**

Dear Clerk:

Enclosed in the sealed envelope is a Complaint to be filed in camera and **under seal**, as well as a civil cover sheet and CD-Rom containing copies of the Complaint and Civil Cover Sheet. The action is a sealed *qui tam* matter and electronic filing is unavailable.

I ask that you please return a signed copy to our office in the SASE.

If you have any questions, please contact me at (414) 258-2375. Thank you.

Sincerely,

Brian H. Mahany

Enclosure