UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA *ex rel.*                           :
WILLIAM BARLOW,                                              :
                                       Plaintiff,            :        20 Civ. 7506 (LGS)
                                                             :
                        -against-                            :             **ORDER**
                                                             :
INTERNATIONAL BUSINESS MACHINES                              :
CORP. & AT&T, INC.,                                          :
                                       Defendants.           :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on April 27, 2026, it was ordered that the above-captioned action would be

unsealed after thirty days absent Relator's moving to dismiss.

        WHEREAS, Relator did not dismiss the action within thirty days of the April 27, 2026,

Order.

        WHEREAS, the action was subsequently unsealed.  It is hereby

        **ORDERED** that Relator shall comply with the requirements of the April 27, 2026, Order.

It is further

        **ORDERED** that, by **June 17, 2026**, Relator shall file a letter informing the Court of

whether Relator intends to pursue this action.

Dated: June 3, 2026
        New York, New York

                                                _____
                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**