UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA *ex rel.*
WILLIAM BARLOW,

                        Plaintiff, :       20 Civ. 7506 (LGS)

          -against- :       **ORDER**

INTERNATIONAL BUSINESS MACHINES
CORP. & AT&T, INC.,

                  Defendants. :

----------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered June 3, 2026, directed Relator to file a letter by June 17,

2026, stating whether Relator intends to pursue this action.

WHEREAS, no letter was filed. It is hereby

**ORDERED** that that, as soon as possible and no later than **June 24, 2026**, Relator shall

file a letter informing the Court of whether Relator intends to pursue this action.

Dated: June 22, 2026
      New York, New York

                                    LORNA G. SCHOFIELD
                          UNITED STATES DISTRICT JUDGE